AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

RAUL SANCHEZ ZAVALA,

          Plaintiff,

          v.

TOPPER BAKER, ELLA HUFFMAN, UNKNOWN A, and AINE AHMED

          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-399-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's First Amended Complaint shall be DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

February 1, 2012  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Sheila Parpolia  
*(By) Deputy Clerk*  
Sheila Parpolia